CHARLES SHAFTAN, Respondent, *v.* LILLIAN M. SHAFTAN, Appellant.

(Submitted March 18, 1932; decided April 26, 1932.)

*Frank J. Rinaldi* and *Frank J. Zeccola* for appellant.
*Louis Mishell* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.